AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>SUBJECT PARCEL AS DESCRIBED IN ATTACHMENT A TO AFFIDAVIT OF USPIS TFO HEATH DATED AUGUST 13, 2024 | )<br>)<br>)  Case No. 6:25cr5<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A which is attached hereto to the affidavit for a search warrant and incorporated herein by reference.

located in the _____ District of _____South Carolina_____, there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B which is attached hereto to the affidavit for a search warrant and incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), 843(b) & 846 | Possession with intent to distribute controlled substances, use of communication facility (US Mail) in the commission of drug trafficking, Conspiracy |

The application is based on these facts:
See Affidavit attached hereto for a search warrant and incorporated herein by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

J. Scott Heath, USPIS TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/13/2024

*Judge's signature*

City and state: Greenville, South Carolina

Kevin F. McDonald, US Magistrate Judge
*Printed name and title*